AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| DANIEL ENGEL,<br>Derivatively on Behalf of NominalDefendant<br>AXSOME THERAPEUTICS, INC.,<br><br>*Plaintiff(s)*<br>v.<br>HERRIOT TABUTEAU, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    1:22-cv-6183

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    See attached Defendants Address and Service List

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    GLANCY PRONGAY & MURRAY LLP
Benjamin I. Sachs-Michaels
745 Fifth Avenue, 5th Floor
New York, New York 10151
Telephone: (212) 935-7400
E-mail: bsachsmichaels@glancylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    07/22/2022                                                    /S/ V. BRAHIMI
                                                                                            *Signature of Clerk or Deputy Clerk*

## AXSOME DEFENDANTS SERVICE LIST

HERRIOT TABUTEAU
c/o AXSOME THERAPEUTICS, INC.
22 Cortlandt Street
16th Floor
New York, New York 10007
New York County

NICK PIZZIE
c/o AXSOME THERAPEUTICS, INC.
22 Cortlandt Street
16th Floor
New York, New York 10007
New York County

 MARK JACOBSON
c/o AXSOME THERAPEUTICS, INC.
22 Cortlandt Street
16th Floor
New York, New York 10007
New York County

 CEDRIC O'GORMAN
c/o AXSOME THERAPEUTICS, INC.
22 Cortlandt Street
16th Floor
New York, New York 10007
New York County

KEVIN LALIBERTE
c/o AXSOME THERAPEUTICS, INC.
22 Cortlandt Street
16th Floor
New York, New York 10007
New York County

ROGER JEFFS
c/o AXSOME THERAPEUTICS, INC.
22 Cortlandt Street
16th Floor
New York, New York 10007
New York County

MARK COLEMAN
c/o AXSOME THERAPEUTICS, INC.
22 Cortlandt Street
16th Floor
New York, New York 10007
New York County

MARK SAAD
c/o AXSOME THERAPEUTICS, INC.
22 Cortlandt Street
16th Floor
New York, New York 10007
New York County

and

AXSOME THERAPEUTICS, INC.
22 Cortlandt Street
16th Floor
New York, New York 10007
New York County