

August 23, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED**.  The August 31, 2022, initial conference is **ADJOURNED sine die**.  The parties' stipulation and proposed order will docket separately.

Dated: August 24, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re: Case No. 1:22-cv-06183-LGS, *Engel v. Tabuteau, et al.*, Request for Adjournment of Initial Pretrial Conference

Dear Judge Schofield:

On behalf of Plaintiff Daniel Engel and with the consent of counsel for Defendants[1], we write to request an adjournment of the initial pretrial conference, currently scheduled for August 31, 2022 (Dkt. No. 6), in the above-captioned action (the "Derivative Action").

The Derivative Action asserts claims based upon allegations substantially similar to allegations made in a putative securities class action pending in this District, captioned *Gru v. Axsome Therapeutics, Inc., et al.*, Case No. 1:22-cv-03925.  To avoid inconsistent rulings and in the interest of judicial economy, the Parties have agreed to the terms of a stay of the Derivative Action and submitted a stipulation for the Court's approval.  *See* Dkt. No. 10.

In light of the anticipated stay of the Derivative Action, an adjournment of the initial pretrial conference would advance the interests of judicial economy and conservation of resources. No party has previously requested any adjournment or extension of time in this Action.

Respectfully,

Benjamin I. Sachs-Michaels

---

[1]  "Defendants" includes nominal defendant Axsome Therapeutics, Inc. ("Axsome") and individual defendants Herriot Tabuteau, Nick Pizzie, Mark Jacobson, Cedric O'Gorman, Kevin Laliberte, Roger Jeffs, Mark Coleman, and Mark Saad.

cc: All counsel of record (*via* ECF)