SO ORDERED.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Dated: September 10, 2025
New York, New York

---

| IN RE AXSOME THERAPEUTICS, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No.: 1:22-cv-6183-LGS |

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

**STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIAL TREATMENT OF INFORMATION REPRODUCED FROM SECURITIES LITIGATION**

Plaintiffs Daniel Engel and Kyle Guterba (together, "Plaintiffs"), Nominal Defendant Axsome Therapeutics, Inc. ("Axsome"), and Defendants Herriot Tabuteau, Nick Pizzie, Mark Jacobson, Cedric O'Gorman, Kevin Laliberte, Roger Jeffs, Mark Coleman, and Mark Saad (collectively, "Defendants," and together with Plaintiffs and Axsome, the "Parties"), by and through their undersigned counsel, hereby stipulate to and move the Court to enter the following protective order to govern the treatment of materials produced to Plaintiffs in this action which were previously produced by the defendants in related securities class action litigation in this Court styled *In re Axsome Therapeutics, Inc., et al.*, Case No. 1:22-cv-03925 (S.D.N.Y.) (the "Securities Class Action").

WHEREAS, on April 29, 2025, the Court granted with modifications the Parties' stipulation to stay the above-captioned action pending developments in the Securities Class Action (ECF No. 23) (the "Stay Order");

WHEREAS, pursuant the Stay Order, Defendants shall provide Plaintiffs with "(a) copies of all documents and written responses to discovery requests produced to the Securities Class Action plaintiffs in the form and manner in which such documents are produced to the Securities Class Action plaintiffs; (b) all written agreements regarding the scope of discovery to be produced by defendants in the Securities Class Action; and (c) all deposition transcripts generated in the

1

Securities Class Action and exhibits marked at said depositions" (the "Securities Litigation Discovery") (ECF No. 23, ¶3);

WHEREAS, on June 2, 2025, the Court in the Securities Class Action entered a Stipulated Confidentiality Agreement and Protective Order governing productions of documents and information in the Securities Class Action (Securities Class Action, ECF No. 105) ("Securities Litigation Protective Order");

WHEREAS, to facilitate the production of the Securities Litigation Discovery, the Parties believe it would be efficient to adhere to the Securities Litigation Protective Order with respect to documents and information produced in this action to Plaintiffs by Defendants; and

WHEREAS, Plaintiffs agree to be bound by the Securities Litigation Protective Order with respect to the Securities Litigation Discovery.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties and subject to Court approval, as follows:

1.    Plaintiffs shall be bound by the terms of the Securities Litigation Protective Order with respect to the confidential treatment of the Securities Litigation Discovery.

Dated: September 9, 2025                              Respectfully submitted,

Counsel for the Parties:

/s/ Benjamin I. Sachs-Michaels                    **MORGAN, LEWIS & BOCKIUS LLP**
**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels                         /s/ Michael L. Kichline
745 Fifth Avenue, 5th Floor                         Michael L. Kichline (*pro hac vice*)
New York, New York 10151                          1701 Market Street
Telephone: (212) 935-7400                          Philadelphia, PA 19103
bsachsmichaels@glancylaw.com                    Tel: (215) 963-5000
                                                             michael.kichline@morganlewis.com

Robert V. Prongay
Pavithra Rajesh                                        Emily E. Renshaw
1925 Century Park East, Suite 2100              101 Park Avenue
Los Angeles, California 90067                      New York, NY 10178-0060

Telephone: (310) 201-9150
rprongay@glancylaw.com
prajesh@glancylaw.com

*Counsel for Plaintiff Daniel Engel*

/s/ Thomas J. McKenna
**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
260 Madison Avenue, 22nd Fl.
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
tjmckenna@gme-law.com
gegleston@gme-law.com

*Counsel for Plaintiff Kyle Guterba*

Tel: (212) 309-6000
emily.renshaw@morganlewis.com

Matthew C. McDonough (*pro hac vice*)
Michael A. Hacker
One Federal Street
Boston, MA 02110
Tel: (617) 341-7700
matthew.mcdonough@morganlewis.com
michael.hacker@morganlewis.com

*Counsel for Defendants*