UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                        :
                                                        :          22 Civ. 6183 (LGS)
IN RE AXSOME THERAPEUTICS, INC.                         :
STOCKHOLDER DERIVATIVE LITIGATION      :                    ORDER
                                                        :
                                                        :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered February 4, 2026, required Plaintiffs to file a response to

Defendants' pre-motion letter in support of an anticipated motion to dismiss, in addition to a joint

status letter and proposed case management plan.

WHEREAS, although the parties filed the joint status letter and proposed case

management plan, Plaintiffs failed to file a response to Defendants' letter.  It is hereby

**ORDERED** that, as soon as possible and no later than **February 17, 2026**, Plaintiffs shall

file a letter responding to the arguments in Defendants' pre-motion letter.  It is further

**ORDERED** that the conference scheduled for February 17, 2026, is **ADJOURNED** to

**February 24, 2026, at 3:15 P.M.**  The conference will be held in person at the Thurgood

Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York,

NY, at Courtroom 1106.

Dated: February 11, 2026
       New York, New York

                                                LORNA G. SCHOFIELD
                                                **UNITED STATES DISTRICT JUDGE**