UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                     :
                                                     :        22 Civ. 6183 (LGS)
IN RE AXSOME THERAPEUTICS, INC.         :
STOCKHOLDER DERIVATIVE LITIGATION   :        **ORDER**
                                                     :
                                                     :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference is scheduled in this action on February 24, 2026, at 3:15 P.M.

It is hereby

**ORDERED** that the conference will be conducted telephonically on conference line

(855) 244-8681, access code: 2311 193 8649.

Dated: February 21, 2026
        New York, New York

_____
        **LORNA G. SCHOFIELD**
        **UNITED STATES DISTRICT JUDGE**