UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                      :
                                                      :
                                                      :        22 Civ. 6183 (LGS)
  IN RE AXSOME THERAPEUTICS, INC.       :
  STOCKHOLDER DERIVATIVE LITIGATION  :               **ORDER**
                                                      :
                                                      :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on February 24, 2026.  As discussed at the conference, it is hereby

**ORDERED** that, by **February 27, 2026,** Plaintiffs shall file a letter confirming that Plaintiffs have a good-faith basis to argue that the federal claim in the Complaint is not moot, and that, in the event the federal claim is dismissed, the applicable forum selection clause would not compel dismissal of the state law claim.  In the alternative, Plaintiffs may voluntarily dismiss the Complaint.  It is further

**ORDERED** that, by **February 27, 2026,** Defendants shall file a letter discussing Defendants' position on the availability of discovery under Delaware substantive law and citing relevant authority.  It is further

**ORDERED** that, as soon as practicable after any development occurs in the actions pending in Delaware that may be relevant to this action, the parties shall file a letter notifying the Court of such development.

Dated: February 24, 2026
        New York, New York

_____
        **LORNA G. SCHOFIELD**
        **UNITED STATES DISTRICT JUDGE**