UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                        :

IN RE AXSOME THERAPEUTICS, INC.   :        22 Civ. 6183 (LGS)
STOCKHOLDER DERIVATIVE LITIGATION  :        **ORDER**
                        :

---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendants have filed a motion to dismiss the First Amended Complaint.  In consideration of the arguments in Defendants' motion to dismiss and the parties' letters filed February 27, 2026, it is hereby

**ORDERED** that discovery is stayed in this action pending resolution of Defendant's motion to dismiss.

Dated: March 3, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE