**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

IN RE: AXSOME THERAPEUTICS, INC. STOCKHOLDER DERIVATIVE LITIGATION

22 **CIVIL** 6183 (LGS)
23 **CIVIL** 0737 (LGS)

# JUDGMENT

-------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 13, 2026, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
October 16, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**